# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>Plaintiff,<br><br>vs.<br><br>HOOKER FURNISHINGS CORPORATION<br>f/k/a HOOKER FURNITURE CORPORATION<br>f/k/a HOME MERIDIAN INTERNATIONAL,<br>INC. d/b/a SAMUEL LAWRENCE FURNITURE,<br><br>Defendants. | Adv. Proc. No. 22-50166 (CTG) |

**ORDER APPROVING STIPULATION EXTENDING
TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

Upon consideration of the *Stipulation Extending Time for Defendant to Answer the Complaint* (the "Stipulation") filed by the chpater 7 trustee (the "Plaintiff") and Defendant Hooker Furnishings Corporation ("Hooker," and together with the Plaintiff, the "Parties"); and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

*[signature]*

Dated: November 4th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY
JUDGE

DOCS_LA:343798.5 05233/004