IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Start Man Furniture, LLC, et al.<br><br>Debtor. | Chapter 7<br><br>Case No.: 20-10553-CTG |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.*<br>　　　　Plaintiff,<br>v.<br><br>Hooker Furnishings Corporation et al.,<br><br>　　　　Defendant. | **MEDIATION STATUS REPORT**<br><br>Adv. Proc. No.: 22-50166-CTG |

　　　　In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

　　_____　　Mediation is scheduled to occur on _____.

　　_____　　A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

　　__X__　　OTHER: The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: November 20, 2023　　　　Mediator

　　　　　　　　　　　　　　　　　 */s/ Ian Connor Bifferato*
　　　　　　　　　　　　　　　　Ian Connor Bifferato (DE #3273)
　　　　　　　　　　　　　　　　The Bifferato Firm P.A.
　　　　　　　　　　　　　　　　1007 N. Orange Street, 4th Floor
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Tel. (302) 225-7600
　　　　　　　　　　　　　　　　E-mail: cbifferato@tbf.legal