**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : Chapter 7 |
| | : |
| Start Man Furniture, LLC, et al. | : Case No.: 20-10553-CTG |
| | : |
| Debtor. | : |
| | : |
| | : |
| | : |
| Alfred T. Giuliano, *in his capacity as* | : **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : |
| *LLC, et al.* | : |
| Plaintiff, | : |
| v. | : Adv. Proc. No.: 22-50166-CTG |
| | : |
| Hooker Furnishings Corporation et al., | : |
| | : |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____    Mediation is scheduled to occur on _____.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X___    OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.


Dated: July 9, 2026                    Mediator

_/s/ Ian Connor Bifferato_____
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
112 French St
Wilmington, DE  19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal