IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1] | ) | Case No. 20-10553 (CTG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 1782** |

**ORDER GRANTING THIRTEENTH INTERIM (NON-CONTINGENT) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH JULY 31, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Thirteenth Interim (Non-Contingent) application for allowance of compensation and reimbursement of expenses for August 1, 2025 through July 31, 2026 (the "Thirteenth Interim Fee Application"). The Court has reviewed the Thirteenth Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Thirteenth Interim Fee Application, and any hearing on the Thirteenth Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Thirteenth Interim Fee Application. Accordingly, it is hereby

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

ORDERED that the Thirteenth Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $333,837.00, and costs in the amount of $13,308.34, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $333,837.00 as compensation and $13,308.34 as reimbursement of expenses, for a total of $347,145.34 for services rendered and disbursements incurred by PSZ&J for the period August 1, 2025 through July 31, 2026.

ORDERED that this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 29th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**